45 F.3d 423
NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
 Jacqueline A. FROST, Plaintiff, Appellant,
v.
WYETH AYERST LABORATORIES, ET AL., Defendants, Appellees.
 No. 94-1787
 United States Court of Appeals,
First Circuit.
 Jan. 9, 1995
 
 Appeal from the United States District Court for the District of Massachusetts [Hon. Nancy J. Gertner, U.S. District Judge ]
 Jacqueline A. Frost on brief pro se.
 D.Mass.
 AFFIRMED.
 Before TORRUELLA, Chief Judge, BOUDIN and STAHL, Circuit Judges.
 PER CURIAM.
 
 
 1
 We affirm the dismissal of plaintiff's action for the reasons stated in the district court's June 16, 1994 memorandum and order.
 
 
 2
 Affirmed.